IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-20-00312-JD |
| | ) |
| CHANCE ALAN WILSON and | ) |
| DEANNA DANNETTE WILSON, | ) |
| | ) |
| Defendants. | ) |

## ORDER FOR INTERLOCUTORY SALE OF PROPERTY

Before the Court is the Unopposed Motion for an Interlocutory Sale of Property filed by the United States of America ("Motion"). [Doc. No. 124]. The Motion requests an Order from this Court authorizing an interlocutory sale of property presently located in Wayne, Oklahoma, and described as follows—2018 Solitaire Homes, model number DW-PRT4SC, bearing VIN DMH-6500-NFB ("2018 Solitaire Home")— in accordance with Federal Rule of Criminal Procedure 32.2(b)(7) and Supplemental Rule G(7) of the Federal Rules of Civil Procedure. Defendants do not oppose the Motion.

Under Federal Rule of Criminal Procedure 32.2(b)(7) and Supplemental Rule G(7) of the Federal Rules of Civil Procedure, the Court has authority to approve an interlocutory sale of property that is subject to forfeiture upon finding, among other things, that the property "is perishable or at risk of deterioration, decay, or injury by being detained in custody pending the action," "the expense of keeping the property is excessive or is disproportionate to its fair market value," or "other good cause" exists. *See* Fed. R. Civ. P. Suppl. G(7)(b)(i). The Court must approve the aspects and procedures of an agreed interlocutory sale. *See id.* at

G(7)(b)(iii). Sale proceeds from an interlocutory sale of property "are a substitute res subject to forfeiture in place of the property that was sold." *See id.* at G(7)(b)(iv).

Under this authority and in accordance with the Motion, the Court finds good cause exists for an order approving the interlocutory sale of the 2018 Solitaire Home. Specifically, the Court finds that the 2018 Solitaire Home is perishable or at risk of deterioration, decay, or injury as set forth in Supplemental Rule G(7)(b)(i)(A). The Court entered Preliminary Orders of Forfeiture as to both Defendants, following their guilty pleas. [Doc. Nos. 104, 115]. Mr. Wilson was sentenced on December 13, 2022, and judgment entered on December 14, 2022. [Doc. Nos. 116, 117, 118]. Ms. Wilson entered a guilty plea on April 5, 2022. [Doc. Nos. 94, 95, 96, 97, 98]. Her sentencing hearing has not been set, and the 2018 Solitaire Home is currently vacant; Ms. Wilson, the sole-titled owner, no longer uses the home as her residence. *See* Motion at 2. The 2018 Solitaire Home has no loans, liens, or other encumbrances of record. *See id.*

As a manufactured home in rural Oklahoma, the 2018 Solitaire Home is at risk of deterioration from wind, storms, tornadoes, and other weather events common to Oklahoma, particularly in the spring and early summer. The cost to move the 2018 Solitaire Home is about $8,500.00, and the cost of storage is $250.00 per month, while the current value of the 2018 Solitaire Home is approximately $111,990.24. *See* Motion at 3. Accordingly, the United States' Unopposed Motion for an Interlocutory Sale of Property [Doc. No. 124] is GRANTED.

Thus, the 2018 Solitaire Home may be sold according to the stipulated provisions in the Motion, including, without limitation, the following:

a. The United States is hereby authorized to sell the 2018 Solitaire Home in a commercially feasible manner. The net proceeds of the sale of the 2018 Solitaire Home will be deposited into the Department of Justice Seized Asset Deposit Fund/Treasury Fund and held by the United States Department of Homeland Security ("DHS") pending a final judgment in this action with the anticipation that the net proceeds of the sale will be substituted as the property in this action pending a final judgment in this case.

b. The net proceeds from the sale will include all money realized from the sale, less the following: (a) real estate commissions, if any; (b) real estate property taxes which are due and owing; (c) insurance costs, if any; and (d) all costs incurred by DHS in connection with the maintenance, moving, repair, marketing, storage, and sale of the property.

IT IS SO ORDERED this 4th day of May 2023

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE